**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MATTHEW C. SCHUMACHER & ANNETTE T. SCHUMACHER          Case Number: 08-70092
        104 NEW FOREST ROAD                                    SSN-xxx-xx-7200 & xxx-xx-0477
        POPLAR GROVE, IL  61065

                                                          Case filed on:      1/15/2008
                                                          Plan Confirmed on:
                                    U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $6,327.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 9,270.24 | 9,270.24 | 0.00 | 0.00 |
|  | Total Priority | 9,270.24 | 9,270.24 | 0.00 | 0.00 |
| 999 | MATTHEW C. SCHUMACHER | 0.00 | 0.00 | 2,425.34 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,425.34 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 1,857.50 | 1,800.00 | 0.00 | 0.00 |
| 002 | CHASE MANHATTAN MORTGAGE | 25,878.54 | 0.00 | 0.00 | 0.00 |
| 003 | CITIZENS FINANCE | 13,000.00 | 10,000.00 | 0.00 | 0.00 |
| 004 | CITIZENS FINANCE | 13,750.00 | 12,000.00 | 1,067.87 | 545.13 |
|  | Total Secured | 54,486.04 | 23,800.00 | 1,067.87 | 545.13 |
| 003 | CITIZENS FINANCE | 804.11 | 3,804.11 | 0.00 | 0.00 |
| 004 | CITIZENS FINANCE | 1,035.85 | 2,785.85 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 884.02 | 884.02 | 0.00 | 0.00 |
| 006 | AFNI/VERIZON | 796.52 | 796.52 | 0.00 | 0.00 |
| 007 | ANDERSON ROCK RIVER FORD | 367.74 | 367.74 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 521.54 | 521.54 | 0.00 | 0.00 |
| 009 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITIBANK / STUDENT LOAN CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CPS - SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | US DEPARTMENT OF EDUCATION | 9,045.78 | 0.00 | 0.00 | 0.00 |
| 016 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HSBC BANK N/A | 584.51 | 584.51 | 0.00 | 0.00 |
| 018 | INGRASSIA INTERIOR ELEMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | K.C.A. FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MIDSTATE COLLECTION SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MIRACLE FINANCIAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NICOR GAS | 569.05 | 569.05 | 0.00 | 0.00 |
| 024 | PRO COM SERVICES | 85.00 | 85.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE AGENCY INC | 387.00 | 387.00 | 0.00 | 0.00 |
| 026 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | THE CREDIT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | US DEPARTMENT OF EDUCATION | 4,400.91 | 0.00 | 0.00 | 0.00 |
| 030 | US DEPARTMENT OF EDUCATION | 6,500.99 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,983.02 | 10,785.34 | 0.00 | 0.00 |
|  | Grand Total: | 91,739.30 | 45,855.58 | 5,493.21 | 545.13 |

Total Paid Claimant:      $6,038.34
Trustee Allowance:        $289.16          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                By  /s/Heather M. Fagan